PROB 12
(Rev. 11/04)

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
NOV 13, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

U.S.A. VS. Troy Matthew Larson

Docket No.: CR09-00286-MMM

### Petition on Probation and Supervised Release (Modification)

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Troy Matthew Larson who was placed on supervision by the Honorable MARGARET M. MORROW sitting in the Court at Los Angeles, California, on the 14th day of May, 2012, who fixed the period of supervision at five years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Having been ordered by the Court to not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer, Troy Matthew Larson associated with John Gordon, a convicted felon, without the permission of the Probation Officer.

The supervisee and defense counsel consent to modification and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** Troy Larson, as a special condition of supervision, shall participate for a period of 90 days in a home detention program which may include electronic monitoring, GPS, Alcohol Monitoring Unit or automated identification system and shall observe all rules of such program, as directed by the Probation Officer. The offender shall maintain a residential telephone line without devices and/or services that may interrupt operation of the monitoring equipment.

The costs of the Location Monitoring program shall be waived.

ORDER OF COURT

Considered and ordered this 12th day of Nov., 2017 and ordered filed and made a part of the records in the above case.

_Virginia A. Phillips_

Respectfully,
_[signature]_
ALEX GUEVARA
U. S. Probation Officer

Place: Lancaster, California
Approved: WILL BLANKLEY
Supervising U. S. Probation Officer

Date: November 2, 2017