PROB 12
(Rev. 11/04)

## United States District Court

for

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
JUL 16, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: BH  DEPUTY

U.S.A.   VS.   Troy Matthew Larson                                           Docket No.:   CR09-00286-MMM

**Petition on Probation and Supervised Release (Modification)**

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Troy Matthew Larson who was placed on supervision by the Honorable MARGARET M. MORROW sitting in the Court at Los Angeles, California, on the 14th day of May, 2012 who fixed the period of supervision at five years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 21, and June 26, 2018, Troy Matthew Larson submitted urine specimens that tested positive for cocaine. It appears he is in need of mental health treatment to address his mental health issues.

The supervisee and defense counsel consent to modification and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** Troy Matthew Larson shall participate in mental health treatment, which may include evaluation and counseling, until discharged from the treatment by the treatment provider, with the approval of the Probation Officer.

Troy Matthew Larson shall take all psychotropic medications as directed by a medical professional.

ORDER OF COURT

Considered and ordered this 16th day of July, 2018 and ordered filed and made a part of the records in the above case.

*Virginia A. Phillips*

Respectfully,

ALEX GUEVARA   /S/
U. S. Probation Officer

Place:   Lancaster, California

Approved:   NOELLE JONES
Supervising U. S. Probation Officer

Date:   July 12, 2018